

FILED
MAR - 8 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
        Plaintiffs, ) No. 1:03-MJ-02322 DLB
    vs. )
      ) ORDER OF RELEASE
CHRISTOPHER D. WIDENER, )
        Defendant. )

The above named defendant having been sentenced on March 8, 2012.

IT IS HEREBY ORDERED that the defendant shall be released on March 8, 2012 due to credit for time served. A certified Judgment and Commitment order to follow.

DATED: March 8, 2012

               DENNIS L. BECK
               U.S. Magistrate Judge

1